# STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### SUPREME COURT—NEW CASES DOCKETED

Katz v. Stotter et ..................... 19400
Kiefer Machine Co. v. Galt et ........ 19402
State ex v. Eoshen Bd. Ed............ 19398
State ex v. Marshall et .............. 19397
State ex v. Perry .................... 19401

#### OCT. 28, 1925

19397—State of Ohio ex rel Greater Cleveland Five Cent Fare Club, et al v. J. D. Marshall et al; In mandamus. J. R. Norris, Cleveland, for pltf.

#### OCT. 30, 1925

19398—State of Ohio ex rel, Retirement Board of the State Teachers Retirement System v. Board of Education of Eoshen Rural School District, Hardin County et al; in mandamus. C. C. Crabbe, W. E. Benoy and C. S. Best, Columbus, for pltf.

19399—Same v. Board of Education of Montgomery Rural School District, Wood Conuty et al; same. Same attorneys.

#### NOV. 2, 1925

19400—Abraham B. Katz v. Raymond Stotter and Irving J. Haber doing business as Stotter-Haber Co.; motion for Cuyahoga Appeals to certify. J. C. Block and H. Neff, Cleveland, for pltf; Leighley, Halle, Haber & Berick, Cleveland, for defts.

19401—State of Ohio ex rel Christopher Harrison v. Myles E. Perry as Coroner of Lorain County; in Prohibition. Allen J. Seney, Toledo, for pltf.

#### NOV. 3, 1925

19402—Karl Kiefer Machine Co. v. L. A. Galt, et al and The City of Cincinnati; motion for Hamilton Appeals to certify. Frieberg, Avery & Simmons, Cincinnati, for pltf; F. K. Bowman, Cincinnati, for defts.

## PROCEEDINGS OF
## SUPREME COURT

### SUPREME COURT OF OHIO
### TUESDAY, NOV. 3, 1925
### GENERAL DOCKET

Fouts v. State ...................... 19091
Penn. R. R. Co. v. Oberlander........ 19006
State ex v. Ach et ................... 19366
Trumbull Sav. & Loan v. Saviers..... 19222

#### MOTION DOCKET

Belch v. George ..................... 19267
Bucyrus Equity et v. Oberlander ...... 19237
Cannava v. Drees .................... 19262
Cinc. Traction v. Kroger ............ 19235
Cincinnati (City) v. Pub. Util. Com.... 19265
Erhart et v. Sadgebury .............. 19322
Hocking Val. Ry. v. Kontner ......... 19092
Krieger v. Skalski .................. 19256

Meyer v. Cino Auto Prod.....:.......... 19247
Middaugh v. Miller .................. 19254
McDonald v. McDonald, et............ 19248
Nottage v. Fisher et ................. 19284
Oberlander v. Bucyrus Equity et...... 19238
Pecsok v. Vecszy .................... 19252
Peters v. Steub. E. Liv. & Beaver Val.
    Trac. Co. ....................... 19236
Pritz, et v. Messer, et .............. 19299
Owens v. Owens ..................... 19286
Remus v. Murray .................... 19275
Reinhart v. Am. Mut. Indem. Co...... 19264
State v. Ford Motor Co.............. 19024
St. Marys Gas v. Brodbeck ........... 19253
Trumbull Sav. & Loan v. Saviers, et.... 19222
Winton v. Universal Machine Co........ 19240

### GENERAL DOCKET

19006—Pennsylvania R. R. Co. v. H. N. Oberlander; error to Crawford Appeals. Judgment reversed and judgment for plaintiff in error. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 4-7-25; 3 Abs. 162.

19091—A. H. Fouts v. State of Ohio; error to Perry Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 4-23-25; 3 Abs. 278.

19222—Trumbull Savings & Loan Co. v. Geo. S. Saviers, et al; error to Trumbull Appeals. Petition in error as of right dismissed. No constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 6-20-25; 3 Abs. 401.

19366—State of Ohio, ex rel. Board of Education of City School District of City of Cincinnati, Ohio, v. Samuel Ach and Robert W. Shafer, as Board of Education of City School District of City of Cincinnati. In Mandamus. Writ allowed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 10-1-25; 3 Abs. 642.

### MOTION DOCKET

19024—State of Ohio v. The Ford Motor Co. Motion for Franklin Appeals to certify. Reconsidered and allowed. Dock. 3-18-25; 3 Abs. 198.

19092—Hocking Valley Ry. Co. v. Bert F. Kontner. Motion for Franklin Appeals to certify. Allowed. Dock. 4-23-25; 3 Abs. 278.

19222—Trumbull Savings & Loan Co. v. Geo. S. Saviers, et al. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 6-20-25; 3 Abs. 278.

19235—Cincinnati Traction Co. v. Stanley C. Kroger. Motion for Hamilton Appeals to certify. Allowed. Dock. 7-2-25; 3 Abs. 417.

19236—William H. Peters v. Steubenville, East Liverpool and Beaver Valley Traction Co. Motion for Jefferson Appeals to certify. Overruled. Dock. 7-2-25; 3 Abs. 417.

19237—Bucyrus Equity Co. et al. v. Henry N. Oberlander. Motion for Marion Appeals to certify. Dock. 7-2-25; 3 Abs. 417.

19238—Henry N. Oberlander · v. Bucyrus Equity Co., et al. Motion for Marion Appeals to certify. Overruled. Dock. 7-2-25; 3 Abs. 417.